UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT CLARK<br>and<br>A.D.A. ACCESS TODAY<br>　　Plaintiffs<br><br>v.<br><br>PHILA-DELI, INC.<br><br>JOHN DOE (1-10), ABC CORP. (1-10)<br>　　Defendants | :<br>:<br>:<br>:  CV: 02-CV-2853<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

FILED JUN 18 2002

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

　　Kindly enter my appearance on behalf of Defendant, Phila-Deli, Inc., in the above-captioned matter.

　　　　　　　　　　　　　　　　　OBERMAYER REBMANN MAXWELL
　　　　　　　　　　　　　　　　　& HIPPEL LLP

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　Joseph J. Centeno, Esquire
　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　Phila-Deli, Inc.

Dated: June 18, 2002

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2002, I caused the foregoing Entry of Appearance to be served via Federal Express on the following:

>Jason L. Brodsky, Esquire
>Brodsky & Smith, LLC
>11 Bala Avenue, Suite 39
>Bala Cynwyd, PA  19004

_____
Joseph J. Centeno