UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT CLARK | : |
| and | : |
| A.D.A. ACCESS TODAY | : CV: 02-CV-2853 |
| Plaintiffs, | : |
| v. | : |
| PHILA-DELI, INC., | : |
| Defendant. | : |
| JOHN DOE (1-10), ABC CORP. (1-10) | : |

**ORDER**

AND NOW, on this _____ day of August, 2002, after consideration of Defendant PHILA-DELI, INC.'S uncontested Motion to Extend Time Period to Respond to Plaintiff's Complaint, it is HEREBY ORDERED and DECREED that the Motion is GRANTED, and PHILA-DELI, INC. shall answer the Complaint on or before Monday, September 23, 2002.

_____
J.
United States District Court

393815

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT CLARK | : | |
| and | : | |
| A.D.A. ACCESS TODAY | : | CV: 02-CV-2853 |
| Plaintiffs, | : | |
| v. | : | |
| PHILA-DELI, INC., | : | |
| Defendant. | : | FILED AUG 1 5 2002 |
| JOHN DOE (1-10), ABC CORP. (1-10) | : | |

**DEFENDANT'S <u>UNCONTESTED</u> MOTION
TO EXTEND TIME PERIOD TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant PHILA-DELI, INC., by and through its undersigned counsel, hereby files its uncontested Motion to Extend the Time Period to Respond to Plaintiff's Complaint and in support thereof, states:

1. Movant is the Defendant in the above-captioned action, which was commenced by Plaintiffs' filing of a complaint on or about May 13, 2002.

2. The Defendant has agreed to waive service of the Summons and Complaint under Rule 4 of the Federal Rules of Civil Procedure and has asked Plaintiff to extend the time period to respond to the Complaint because the parties are seriously considering resolving this matter but need additional time to do so.

3. In response to Defendant's request, the Plaintiff has agreed to extend the time period to respond to the Complaint until Monday, September 23, 2002, and has requested that Defendant confirm and memorialize this agreement by filing the within uncontested motion.

393815

4.   This court previously granted the defendant's Uncontested Motion to Extend Time Period to Respond to Plaintiff's Complaint, and permitted Defendant until August 19, 2002 to Answer.

5.   Because of vacation schedules and other commitments of the parties and lawyers, the matter has yet to resolve and the parties seek until September 23, 2002 for defendant to answer, and to enable the parties to resolve this matter.

WHEREFORE, Defendant PHILA-DELI, INC. respectfully requests that this Court grant its uncontested Motion to Extend the Time Period to Respond to Plaintiff's Complaint and enter the attached Order.

OBERMAYER REBMANN MAXWELL & HIPPEL LLP

BY: _____
JOSEPH J. CENTENO
1617 John F. Kennedy Boulevard
One Penn Center - 19th Floor
Philadelphia, PA 19103-1895
(215)665-3107

Attorneys for Defendant PHILA-DELI, INC.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(B)

I, JOSEPH J. CENTENO, ESQUIRE, am counsel for Movant PHILA-DELI, INC. and hereby certify pursuant to Rule 7.1(b) of the Local Rules of Civil Procedure that the within Motion is UNCONTESTED.

_____
Joseph J. Centeno, Esquire

Dated: August 15, 2002

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August, 2002, I caused the foregoing Defendant PHILA-DELI, INC.'s Uncontested Motion To Extend Time Period to Respond to Plaintiff's Complaint to be served via First-Class Mail, postage prepaid on the following:

>Jason L. Brodsky, Esquire
>Brodsky & Smith, LLC
>11 Bala Avenue, Suite 39
>Bala Cynwyd, PA 19004

_____
Joseph J. Centeno

393815