IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT CLARK, ET AL.           :
                               :          CIVIL ACTION
         v.                    :
                               :
                               :          NO. 02-CV-2853
PHILA-DELI, INC., ET AL.       :

**O R D E R**

**AND NOW,** this 28th day of March, 2003, counsel having notified the Court that the above captioned action has been settled, pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is **ORDERED** that this case is **DISMISSED** with prejudice. Pursuant to the terms of the Consent Decree, which is incorporated herein, this Court will retain jurisdiction over the case in order to enforce the settlement.

BY THE COURT:

_____
R. Barclay Surrick, Judge